UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DONALD STRATTON,<br><br>            Plaintiff,<br><br>     v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>            Defendant. | CASE NO. 2:20-cv-01155-MJP<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED** under 28 U.S.C § 1915(a)(1).  The Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.

The Clerk shall provide a copy of this Order to Plaintiff and to the Honorable Marsha J. Pechman.

DATED this 29th day of July, 2020.

                                                                  _____
                                                                  BRIAN A. TSUCHIDA
                                                                  Chief United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1