UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DONALD STRATTON, | CASE NO. C20-1155 |
| Plaintiff, | MINUTE ORDER |
| v. | |
| STATE FARM FIRE AND CASUALTY COMPANY, | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

Plaintiff has failed to return a completed summons form although it has been nearly three weeks since the Clerk's office mailed him a blank summons form and USDC return envelope. (*See* August 25, 2020 docket entry.) Plaintiff's pending Motion for Leave to Serve Process by United States Marshal Service will not be considered until Plaintiff has returned a completed summons form. (Dkt. No. 8.) The Motion is therefore stricken but will be reinstated if Plaintiff returns a completed summons form by September 25, 2020.

MINUTE ORDER - 1

1    The clerk is ordered to provide copies of this order to Plaintiff and all counsel.

2    Filed September 16, 2020.

3
                                    William M. McCool
4                                        Clerk of Court

5                                        s/Grant Cogswell
                                    Deputy Clerk

MINUTE ORDER - 2