THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DONALD STRATTON,<br><br>   Plaintiff,<br><br> v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, LEXISNEXIS RISK SOLUTIONS INC.,<br><br>   Defendants. | No. 2:20-cv-01155-MJP<br><br>**ORDER EXTENDING TIME FOR DEFENDANT LEXISNEXIS RISK SOLUTIONS INC. TO ANSWER THE COMPLAINT**<br><br><u>Noted For Consideration:</u><br>October 28, 2020 |

This matter is before the Court on the parties' Stipulated Motion for Extension of Time for LexisNexis Risk Solutions Inc. to Answer the Complaint. The Court finds good cause to grant the motion and so it is hereby:

ORDERED that the Stipulated Motion for Extension of Time for LexisNexis Risk Solutions Inc. to Answer the Complaint is GRANTED. Defendant LexisNexis Risk Solutions Inc. shall have up to and including November 27, 2020, to respond to Plaintiff's Complaint.

IT IS SO ORDERED.

DATED this 29th of October, 2020.

_____
HONORABLE MARSHA J. PECHMAN
UNITED STATES DISTRICT COURT JUDGE

ORDER EXTENDING TIME FOR DEFENDANT LEXISNEXIS RISK
SOLUTIONS INC. TO ANSWER THE COMPLAINT - 1
NO. 2:20-CV-01155-MJP

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

128991.0005/8244232.1

Presented by:

LANE POWELL, PC

By: *s/ Abraham K. Lorber*
 Abraham K. Lorber, WSBA No. 40668
 lorbera@lanepowell.com

*Attorneys for Defendant LexisNexis Risk Solutions Inc.*

By: *s/ (via email authorizaiton)*
 Donald Lyle Stratton
 d.stratton3196@edmail.edcc.edu

*Pro se, Plaintiff*

ORDER EXTENDING TIME FOR DEFENDANT LEXISNEXIS RISK SOLUTIONS INC. TO ANSWER THE COMPLAINT - 2
NO. 2:20-CV-01155-MJP

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107

128991.0005/8244232.1