UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DONALD STRATTON,<br><br>             Plaintiff,<br><br>   v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, et al,<br><br>             Defendants. | CASE NO. C20-1155 MJP<br><br>ORDER OF DISMISSAL |

      This matter comes before the Court upon Plaintiff Donald Stratton's Notice of Dismissal (Dkt. No. 35) and upon the Court's determination that this matter should be dismissed without prejudice. Plaintiff's Notice seeks to dismiss the action without prejudice under Federal Rule of Civil Procedure 41(a)(1), but dismissal upon notice by Plaintiff is barred under that Rule because the Defendants have both answered and the dismissal is not stipulated. The Court therefore DISMISSES this matter without prejudice pursuant to Rule 41(a)(2).

//

1  The clerk is ordered to provide copies of this order to all counsel.

2  Dated December 14, 2020.

*[signature]*

Marsha J. Pechman
United States Senior District Judge

ORDER OF DISMISSAL - 2